MARK J. REICHEL, Bar #155034
REICHEL & PLESSER L.L.P.
Attorneys At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
Fax: (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
JOHN DANIEL LEITAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>  v.<br>JOHN DANIEL LEITAKER,<br>        Defendant. | Case No. 2:12-cr-00094-MCE<br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON<br>Date: May 31, 2012<br>Time: 8:30 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATTHEW G. MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant LEITAKER, that the status conference previously scheduled for April 26, 2012 be continued to May 31, 2012.

This continuance is requested as defense counsel needs adequate time to prepare relevant matters on the case, engage in negotiations with the United States, and perform factual background development for the case.

///

///

///

Accordingly, all counsel and defendants agree that time under the Speedy Trial Act from the date of April 26, 2012 through May 30, 2012 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: May 2, 2012.   Respectfully submitted,

                      MARK J. REICHEL, ESQ.

                      *Mark J. Reichel*
                      MARK J. REICHEL
                      Attorney for defendant

                      BENJAMIN WAGNER
                      United States Attorney

DATED: May 2, 2012.   */s/MARK J. REICHEL* for:
                      MATTHEW G. MORRIS
                      Assistant U.S. Attorney
                      Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § (H)(7)(B)(iv) and Local Code T4.

Dated: May 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

///