MARK J. REICHEL, Bar #155034
REICHEL & PLESSER L.L.P.
Attorneys At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
JOHN DANIEL LEITAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>JOHN DANIEL LEITAKER<br><br>          Defendant. | Case No. 2:12-cr-00094-MCE<br><br>STIPULATION TO RESET BRIEFING SCHEDULE; ORDER THEREON<br><br>Date:    October 18, 2012<br>Time:    8:30 a.m.<br>Judge:   Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATTHEW G. MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant LEITAKER, to re-set a briefing schedule for the filing of dispositive pre trial motions as follows:

    Defense Filing: September 13, 2012

    Government Opposition: September 27, 2012

    Defense Replies: October 3, 2012

    Hearing on the Motions: October 18, 2012

Stipulation and Order

1 | This continuance is requested as defense counsel was unexpectedly
2 | in trial on a civil matter and needs additional time to finalize the
3 | briefing.

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date of lodging of the stipulation through October 10, 2012 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4, and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 17, 2012.    Respectfully submitted,

                              MARK J. REICHEL, ESQ.

                              *Mark J. Reichel*
                              MARK J. REICHEL
                              Attorney for defendant


                              BENJAMIN WAGNER
                              United States Attorney

DATED: September 17, 2012.    */s/MARK J. REICHEL* for:
                              MATTHEW G. MORRIS
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

///
///
///
///
///
///
///
///

**O R D E R**

Pursuant to the foregoing stipulation of counsel, there shall be an exclusion of time in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4, and the court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. The briefing schedule proposed by the parties as enumerated above is hereby adopted.

IT IS SO ORDERED.

Dated: September 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE