```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    JOHN D. LEITAKER
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,   )  No. 2:12-CR-00094 MCE
                                )
13          Plaintiff,          )  STIPULATION AND ORDER TO
                                )  RESCHEDULE TRIAL AND TRIAL
14      v.                      )  CONFIRMATION HEARING AND
                                )  EXCLUDE TIME
15  JOHN D. LEITAKER,           )
                                )  Date: February 21, 2013
16          Defendant.          )  Time: 9:00 a.m.
                                )  Judge: Hon. Morrison C. England
17  _____)
18
```

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, John D. Leitaker, as follows:

1. The trial previously scheduled for April 29, 2013, may be continued to June 24, 2013, and the trial confirmation hearing of March 28, 2013, may be rescheduled for May 16, 2013, at 9:00 a.m.

2. A status conference may be scheduled for April 11, 2013.

At a hearing on January 24, the Court relieved retained counsel and substituted the Office of the Federal Defender to represent Mr. Leitaker. New counsel seeks additional time to review discovery, to investigate, and to prepare for trial. The

1

government has advised new counsel that it will propose a resolution for the defense to consider with an expiration date of and April 11, 2013. The parties therefore ask the Court to schedule a status conference for April 11, 2013, at 9:00 a.m.

Finally, in order to assure adequate time for preparation by new counsel, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, so that time under the Speedy Trial Act should be ordered excluded through the trial date of June 24, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
United States Attorney

Dated: February 19, 2013      */s/ T. Zindel for M. Morris*
MATTHEW MORRIS
Assistant U.S. Attorney

                                        JOSEPH SCHLESINGER
Acting Federal Defender

Dated: February 19, 2013      */s/ T. Zindel*
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JOHN D. LEITAKER

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**ORDER**

Trial is rescheduled for June 24, 2013, at 9:00 a.m. Trial confirmation hearing is scheduled for May 16, 2013, at 9:00 a.m., and a status conference for April 11, 2013, at 9:00 a.m.

Based on the parties' stipulation, the Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: February 21, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE