```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    JOHN D. LEITAKER
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. 2:12-CR-0094 MCE
                                 )
13          Plaintiff,           )  **STIPULATION AND ORDER TO VACATE**
                                 )  **STATUS CONFERENCE**
14      v.                       )
                                 )  Date:  April 11, 2013
15  JOHN D. LEITAKER,            )  Time:  9:00 a.m.
                                 )  Judge: Hon. Morrison C. England
16          Defendant.           )
                                 )
17  _____ )

18

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United

20  States of America, and defendant, John D. Leitaker, that the status

21  conference scheduled for April 11, 2013, may be vacated.

22       Trial is set to commence in this case on June 24, 2013, with

23  trial confirmation hearing scheduled for May 16, 2013.  Time has

24  been excluded through the trial date by previous order of the

25  Court.

26  /////

27  /////

28  /////

                                    1
```

1 | The parties had requested a status conference be set April 11
2 | in the event of a resolution, but no resolution has been reached.
3 | Accordingly, the parties agree that the hearing scheduled for that
4 | day may be vacated. All other dates remain in effect, with the
5 | parties scheduled to appear for trial confirmation on May 16, 2013,
6 | at 9:00 a.m.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: April 9, 2013   /s/ T. Zindel for M. Morris
MATTHEW MORRIS
Assistant U.S. Attorney

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: April 9, 2013   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JOHN D. LEITAKER

**O R D E R**

The status conference scheduled April 11, 2013, at 9:00 a.m., is vacated. All other dates remain in effect.

IT IS SO ORDERED.

Date: April 09, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE