HEATHER E. WILLLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN D. LEITAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN D. LEITAKER,<br><br>    Defendant. | No. 2:12-CR-0094 MCE<br><br>**STIPULATION AND ORDER RESCHEDULING MOTION HEARING**<br><br>Date: August 8, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, John D. Leitaker, that the hearing on Mr. Leitaker's Motion for Judgment of Acquittal or for a New Trial may be continued from August 8, 2013, to September 5, 2013, at 9:00 a.m.

/////

/////

/////

/////

/////

1

1     Trial has taken place so there is no need for an exclusion of
2 time under the Speedy Trial Act.

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:   August 6, 2013             /s/ T. Zindel for M. Morris
                                    MATTHEW MORRIS
                                    Assistant U.S. Attorney

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:   August 6, 2013             /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JOHN D. LEITAKER


**O R D E R**

Pursuant to the parties' stipulation, hearing on Defendant's Motion for Judgment of Acquittal or for a New Trial (ECF No.81), currently set for August 8, 2013, is rescheduled for **September 5, 2013, at 9:00 a.m.** in Courtroom 7.

IT IS SO ORDERED.

Date: August 07, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT